Matter of Carrasco (Commissioner of Labor) (2025 NY Slip Op 03113)

Matter of Carrasco (Commissioner of Labor)

2025 NY Slip Op 03113

Decided on May 22, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 22, 2025

CV-24-0032
[*1]In the Matter of the Claim of Jennifer Carrasco, Appellant. Commissioner of Labor, Respondent.

Calendar Date:April 18, 2025

Before:Garry, P.J., Pritzker, Lynch, Ceresia and Mackey, JJ.

Jennifer Carrasco, Kew Gardens, appellant pro se.
Letitia James, Attorney General, New York City (Camille J. Hart of counsel), for Commissioner of Labor, respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 13, 2023, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily separated from employment without good cause.
Decision affirmed. No opinion.
Garry, P.J., Pritzker, Lynch, Ceresia and Mackey, JJ., concur.
ORDERED that the decision is affirmed, without costs.